# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                      No. 4:08CR00352-08 JLH

THOMAS PATRICK HUGHES                                             DEFENDANT

## **ORDER**

Thomas Patrick Hughes has filed a motion for early termination of his supervised release. The Court directs the United States to consult with the Probation Office and file a response within fourteen days from the entry of this Order.

IT IS SO ORDERED this 16th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE