# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                     No. 4:08CR00352-07 JLH

ANDREW DEAN HUGHES                                   DEFENDANT

## **ORDER**

       Andrew Dean Hughes's motion to terminate his supervised release is GRANTED. Document #261. Hughes is hereby discharged and released from further supervision.

       IT IS SO ORDERED this 22nd day of January, 2014.

                                                       J. LEON HOLMES
                                                       UNITED STATES DISTRICT JUDGE