# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                  No. 4:08CR00352-08 JLH

THOMAS PATRICK HUGHES                                DEFENDANT

## ORDER

Thomas Patrick Hughes' motion to terminate his supervised release is GRANTED without objection. Document #263. Hughes is hereby discharged and released from further supervision.

IT IS SO ORDERED this 28th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE